Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.

NUNZIO ALBERO, Respondent, v. STATE OF NEW YORK et al., Appellants. (Claim No. 41348.) — HERLIHY, J. P.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J. P.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM YOUNG, Appellant, v. DANIEL MCMANN, as Warden of Clinton Prison, Respondent.— MEMORANDUM BY THE COURT.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

In the Matter of the Claim of PETER J. MACK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.

In the Matter of the Claim of THERESA FISCHL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.

CLARA RUSKOWSKI, Appellant, v. SCHENECTADY TRUST FUND COMPANY, as Executor of JULIUS C. BORDEN, Deceased, Respondent.— REYNOLDS, J.